*In re* LIC. LUIS MIRANDA CRUZ, peticionario.

*Número:* MC-83-21        *Resuelto:* 17 de diciembre de 1985

---

*Francisco Guzmán Rivera,* abogado del peticionario; *Luis Miranda Cruz, pro se; Patricio Martínez Lorenzo,* abogado del Colegio de Abogados de Puerto Rico; *Rosa Negrón de Quiñones, Procuradora General Auxiliar,* abogada de El Pueblo.

PER CURIAM: Atendiendo a una solicitud del Lic. Luis Miranda Cruz para que se le aceptara su renuncia como abogado y notario, y que se le declarara total y permanentemente incapacitado para ello, decretamos su suspensión provisional del ejercicio de la abogacía y el notariado. Se informó sobre la petición al Colegio de Abogados de Puerto Rico para que designara uno o más abogados que investigaran la condición del peticionario, asumieran su representación profesional e informaran lo que fuera procedente. El abogado designado, Lic. Francisco Guzmán Rivera, solicitó que a tono con la Regla 13.1 del Reglamento de este Tribunal se nombrara un Comisionado Especial para que éste recibiera prueba sobre la capacidad mental y/o emocional del peticionario. El 15 de marzo

de 1984 designamos Comisionado Especial al Lic. Agustín Mangual Hernández.

Conforme al procedimiento establecido en la Regla 13.1 (c), el Comisionado Especial nombró un panel de tres médicos psiquiatras. Éstos procedieron a examinar extensamente al peticionario, rindieron informes fundamentados y explícitos, y comparecieron a la vista celebrada ante el Comisionado Especial.

En su informe, el Comisionado Especial hace las siguientes conclusiones y recomendaciones:

Los mencionados peritos psiquiatras coinciden en su testimonio de que el peticionario Luis Miranda Cruz no está mentalmente capacitado para asumir competente y adecuadamente la representación legal de sus clientes o para ejercer la profesión de abogado en esta jurisdicción.

Así surge también de las conclusiones de sus informes admitidos en evidencia.

POR TODO LO CUAL, el Comisionado Especial suscribiente, salvo el mejor criterio de este Hon. Tribunal, recomienda que el Lic. Luis Miranda Cruz sea suspendido indefinidamente del ejercicio de la práctica de la abogacía y del notariado.

■ El abogado del peticionario no presentó objeciones a dicho informe. Hemos examinado el expediente del caso, así como el informe del Comisionado Especial y los informes de los tres psiquiatras y concluimos que el peticionario padece de una condición mental, diagnosticada como personalidad esquizoide y psicasténica, esquizofrenia tipo paranoide, que le impide ejercer competente y adecuadamente la abogacía y la notaría, así como mantener el patrón de conducta que debe observar todo abogado. Como reflejo o resultado de esta condición, el peticionario abandonó totalmente la práctica de la profesión desde antes de su petición de renuncia en abril de 1983. En los últimos años se ha desempeñado como sembrador, término

712

usado por él, (¹) de frutas y vegetales, y a escribir una obra titulada *El verdadero cuento de Juan Bobo, el primario.* (²)

En mérito de lo expuesto, *se dictará sentencia que separe indefinidamente al peticionario del ejercicio de la profesión de abogado, retroactiva al 28 de abril de 1983, por razón de incapacidad mental, según lo dispuesto en la Regla 13.1 del Reglamento de este Tribunal, considerando esta separación como una medida especial de protección social y no como un desaforo.*

*En caso de que cesare la incapacidad del peticionario,* podrá solicitar su reinstalación conforme lo dispone el inciso *(h) de la Regla 13.1 de nuestro Reglamento.*

El Juez Asociado Señor Negrón García se inhibió.

---

(¹)En el informe del doctor Fernández Cuevas se apunta que el peticionario "[e]stablece diferencia entre 'sembrador' y 'agricultor' ya que éste último destroza o corta la tierra para sobrevivir y el primero siembra el fruto que es permanente. Las ideas de él giran preponderantemente 'sobre qué somos y sobre el dios del bien y el mal.' 'El del bien construye y el del mal destruye.'"

El doctor Santiago en su informe expone sobre este aspecto lo siguiente: "Recuerde doctor, que soy sembrador, no agricultor. Siembro corazones, mangó, pomarosas, chinas, maíz y calabaza; los árboles se regalan porque nadie quiere comprarlos.

"Prefieren sembrar plásticos, latas, y botellas en sus parcelas, en vez de sembrar la raíz de la vida."

(²)Manuscrito de 273 páginas que obra en autos y que fue examinado y analizado por el panel médico.